UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JESSICA EVANS,

    Plaintiff,                                    CASE NO. **9:14-cv-80042**

v.

SALLIE MAE, INC.,

    Defendant.
_____/

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JESSICA EVANS ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, SALLIE MAE, INC. ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person who resides in Jupiter, Palm Beach County, Florida.

6. Defendant is a business entity with its principal place of business at 12061 Bluemont Way, Reston, VA 20190.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (561) 254-27XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 302-283-8000, 877-550-1382, 317-578-6000, 317-348-9984, 302-283-4044, . 765-283-3253, 317-348-9985, 317-348-9957, 877-498-4746, 765-283-3395.

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On July 30, 2013, at approximately 12:40 P.M. Eastern Time, Plaintiff placed a call to Defendant at 877-550-1382 and spoke with Defendant's representative, "Mr. Johnson."

13. In the course of the telephone conversation on July 30, 2013, Plaintiff requested that Defendant cease placing collection calls to her cell phone and requested that Defendant correspond in writing only.

14. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on July 30, 2013.

15. Despite Plaintiff's request to cease, Defendant placed at least three hundred and thirteen (313) automated collection calls to Plaintiff.

16. Specifically, Defendant called Plaintiff as follows:

- July 30, 2013: one (1) call at 12:47pm;
- July 31, 2013: one (1) call at 8:49am;
- August 2, 2013: one (1) call at 3:27pm;
- August 8, 2013: one (1) call at 10:44am;
- August 13, 2013: one (1) call at 2:06pm;
- August 20, 2013: one (1) call at 7:26pm;
- August 27, 2013: one (1) call at 3:42pm;
- August 28, 2013: one (1) call at 11:12am;
- August 29, 2013: two (2) calls at 5:50pm and 6:01pm;
- August 30, 2013: one (1) call at 9:15am;
- September 2, 2013: one (1) call at 2:53pm;
- September 3, 2013: two (2) calls at 8:13am and 2:26pm;
- September 4, 2013: four (4) calls at 8:11am, 1:57pm, 2:23pm, and 3:49pm;
- September 5, 2013: one (1) call at 7:15pm;
- September 7, 2013: one (1) call at 5:19pm;
- September 9, 2013: one (1) call at 6:22pm;
- September 10, 2013: two (2) calls at 8:47am, 6:25pm;
- September 11, 2013: two (2) calls at 5:27pm, 7:31pm;
- September 12, 2013: two (2) calls at 5:19pm, 7:45pm;
- September 13, 2013: two (2) calls at 5:19pm, 7:52pm;
- September 15, 2013: one (1) call at 5:33pm;
- September 16, 2013: one (1) call at 5:20pm;
- September 17, 2013: one (1) call at 5:41pm;

- September 18, 2013: two (2) calls at 1:03pm and 5:19pm;

- September 19, 2013: two (2) calls at 3:20pm and 5:15pm;

- September 20, 2013: two (2) calls at 11:29am and 7:20pm;

- September 23, 2013: three (3) calls at 1:24pm, 6:55pm, and 8:50pm;

- September 24, 2013: two (2) calls at 8:18am and 7:13pm;

- September 25, 2013: three (3) calls at 8:44am, 1:58pm, and 7:08pm;

- September 26, 2013: three (3) calls at 12:59pm, 4:48pm, and 7:06pm;

- September 27, 2013: three (3) calls at 8:43am, 1:09pm, and 7:06pm;

- September 29, 2013: one (1) call at 6:51pm;

- September 30, 2013: three (3) calls at 8:55am, 2:33pm, and 3:51pm;

- October 1, 2013: one (1) call at 5:48pm;

- October 2, 2013: three (3) calls at 12:12pm, 6:56pm, and 8:15pm;

- October 3, 2013: five (5) calls at 1:36pm, 4:14pm, 5:59pm, 7:18pm, and 8:26pm;

- October 4, 2013: three (3) calls at 12:03pm, 4:25pm, and 6:14pm;

- October 5, 2013: two (2) calls at 8:35am and 10:50am;

- October 7, 2013: four (4) calls at 10:39am, 12:53pm, 4:42pm, and 6:43pm;

- October 8, 2013: three (3) calls at 11:49am, 3:37pm, and 8:49pm;

- October 9, 2013: seven (7) calls at 8:49am, 11:57am, 1:19pm, 2:28pm, 4:35pm, 6:49pm, and 8:08pm;

- October 10, 2013: five (5) calls at 9:30am, 11:45am, 3:35pm, 5:34pm, and 7:50pm

- October 11, 2013: six (6) calls at 8:49am, 10:06am, 11:46am, 4:06pm, 6:12pm, 7:56pm;

- October 12, 2013: two (2) calls at 2:29pm, 6:34pm;

- October 14, 2013: four (4) calls at 12:39pm, 4:57pm, 6:59pm, 8:07pm;

- October 15, 2013: two (2) calls at 6:05pm, 7:28pm;

- October 16, 2013: eight (8) calls at 8:50am, 10:58am, 12:22pm, 2:18pm, 3:33pm, 5:20pm, 7:11pm, 8:29pm;

- October 17, 2013: six (6) calls at 9:53am, 11:37am, 1:19pm, 3:57pm, 6:01pm, 8:20pm.

- October 18, 2013: one (1) call at 8:39am;

- October 21, 2013: five (5) calls at 11:58am, 1:35pm, 2:48pm, 5:11pm, 6:29pm;

- October 22, 2013: seven (7) calls at 8:42am, 11:37am, 2:11pm, 3:21pm, 4:40pm, 5:50pm, 7:00pm;

- October 23, 2013: six (6) calls at 8:47am, 10:52am, 12:21pm, 1:30pm, 3:32pm, 7:19pm;

- October 24, 2013: six (6) calls at 9:33am, 10:36am, 11:57am, 2:20pm, 3:27pm, 5:14pm;

- October 25, 2013: seven (7) calls at 8:25am, 10:05am, 11:18am, 12:21pm, 2:55pm, 4:02pm, 6:23pm;

- October 26, 2013: five (5) calls at 8:20am, 8:57am, 10:24am, 11:53am, 6:25pm;

- October 28, 2013: six (6) calls at 8:21am, 9:41am, 11:38am, 1:14pm, 7:11pm, 8:24pm;

- October 29, 2013: seven (7) calls at 8:41am, 10:40am, 12:20pm, 1:34pm, 2:51pm, 4:26pm, 5:32pm;

- October 30, 2013: eight (8) calls at 8:18am, 10:43am, 12:07pm, 1:11pm, 2:18pm, 5:01pm, 6:07pm, 7:26pm;
- October 31, 2013: nine (9) calls at 8:24am, 9:38am, 11:01am, 12:06pm, 1:17pm, 2:48pm, 3:55pm, 3:57pm, 6:38pm;
- November 2, 2013 :one (1) call at 8:58am;
- November 4, 2013: six (6) calls at 8:49am, 12:43pm, 2:32pm, 3:52pm, 5:01pm, 8:55pm;
- November 5, 2013: five (5) calls at 8:37am, 12:09pm, 2:06pm, 5:06pm, 8:43pm,
- November 6, 2013: eight (8) calls at 8:21am, 9:38am, 11:32am, 1:26pm, 2:45pm, 4:03pm, 6:28pm, 8:20pm;
- November 7, 2013: six (6) calls at 8:41am, 12:58pm, 2:01pm, 4:05pm, 6:14pm, 8:19pm;
- November 8, 2013: six (6) calls at 8:40am, 9:52am, 12:54pm, 2:35pm, 4:25pm, 5:32pm;
- November 9, 2013: two (2) calls at 8:32am, 11:47am;
- November 10, 2013: one (1) call at 8:38pm;
- November 11, 2013: eight (8) calls at 8:20am, 9:39am, 12:25pm, 1:47pm, 3:44pm, 5:03pm, 6:12pm, 8:46pm;
- November 12, 2013: seven (7) calls at 8:28am, 10:58am, 12:05pm, 1:12pm, 2:22pm, 5:25pm, 7:44pm;
- November 13, 2013: six (6) calls at 8:20am, 9:36am, 11:30am, 1:19pm, 4:10pm, 6:13pm;

- November 14, 2013: seven (7) calls at 8:24am, 9:50am, 1:06pm, 4:05pm, 5:25pm, 6:21pm, 8:22pm;

- November 15, 2013: seven (7) calls at 8:37am, 9:44am, 11:00am, 12:49pm, 2:26pm, 3:35pm, 5:30pm;

- November 16, 2013: three (3) calls at 8:39am, 9:46am, 11:46am.

- November 18, 2013: six (6) calls at 12:32pm, 1:45pm, 3:32pm, 5:07pm, 6:24pm, 8:38pm;

- November 19, 2013: six (6) calls at 8:22am, 10:00am, 12:05pm, 2:02pm, 5:02pm, 7:13pm;

- November 20, 2013: five (5) calls at 12:04pm, 2:26pm, 4:04pm, 6:04pm, 7:37pm;

- November 21, 2013: seven (7) calls at 8:25am, 9:33am, 1:05pm, 2:36pm, 4:05pm, 6:11pm, 8:16pm;

- November 22, 2013: five (5) calls at 8:33am, 12:43pm, 2:30pm, 4:16pm, 7:31pm;

- November 23, 2013: three (3) calls at 8:30am, 9:40am, 11:42am.

- December 7, 2013: one (1) call at 11:30am

- December 9, 2013: six (6) calls at 8:36am, 10:55am, 1:52pm, 3:04pm, 4:13pm, 6:32pm;

- December 10, 2013: three (3) calls at 11:35am, 2:59pm, 7:40pm;

- December 11, 2013: three (3) calls at 8:31am, 4:24pm, 7:32pm;

- December 12, 2013: three (3) calls at 8:29am, 11:30am, 2:29pm;

- December 13, 2013: five (5) calls at 9:59am, 12:43pm, 2:13pm, 6:12pm, 7:47pm;

- December 14, 2013: three (3) calls at 8:15am, 9:37am, 11:10am

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, JESSICA EVANS, respectfully requests judgment be entered against Defendant, SALLIE MAE, INC. for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

By: /s/ Shireen Hormozdi
 Shireen Hormozdi
 Krohn & Moss, Ltd
 10474 Santa Monica Blvd., Suite 405
 Los Angeles, CA 90025
 Phone: (323) 988-2400 ext. 267
 Fax:   (866) 866-1390
 Attorney for Plaintiff
 FBN: 0882461

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF PALM BEACH)

Plaintiff, JESSICA EVANS, says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JESSICA EVANS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/11/13

JESSICA EVANS
Plaintiff